**In re R. Wayne JOHNSON, Relator.**

**No. 01–04–00011–CV.**

Court of Appeals of Texas,
Houston (1st Dist.).

Jan. 22, 2004.

R. Wayne Johnson, Amarillo, TX, for Appellant.

Barbara Adamick, District Clerk, Montgomery County, Conroe, TX, for Appellee.

Panel consists of Chief Justice RADACK and Justices JENNINGS and HIGLEY.

### OPINION

PER CURIAM.

On January 12, 2004, relator R. Wayne Johnson filed a petition for a writ of mandamus complaining of Montgomery County District Clerk Barbara Gladden Adamick.

A court of appeals or a justice of the court has jurisdiction to issue writs—other than writs of mandamus against a district or county court judge in the court of appeals district—only when necessary to enforce the jurisdiction of the appellate court. TEX. GOV'T CODE ANN. § 22.221(a), (b) (Vernon Supp.2004). Because (1) Montgomery County is in the Ninth Court of Appeals District, not in the First Court of Appeals District, (2) this is not a petition requesting this Court to issue a writ of mandamus against a district or county court judge, and (3) this is not a petition to enforce this Court's jurisdiction, we have no subject-matter jurisdiction to issue a writ of mandamus directed at Clerk Adamick. *See* TEX. GOV'T CODE ANN. § 22.201(b), (j) (Vernon Supp.2004).

Without reaching the merits of Johnson's petition for a writ of mandamus, we dismiss it for want of jurisdiction.